# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAROJ JOSHI,

       **Plaintiff**,

    v.

ADAM SZUBIN,[1] Acting Secretary of the Treasury, and INTERNAL REVENUE SERVICE,

       **Defendants**.

Civil Action No. 16-1910 (RDM)

## OPINION

On January 10, 2017, this Court ordered plaintiff to show cause by January 23, 2017, why plaintiff's action against defendants Adam Szubin and the Internal Revenue Service should not be dismissed without prejudice for failure to prosecute pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. *See* Dkt. 4. Because that deadline has passed and plaintiff has made no showing that defendants have been served or offered any reason why this case should not be dismissed, the Court will, accordingly, dismiss without prejudice for failure to prosecute.

                         /s/ Randolph D. Moss
                         RANDOLPH D. MOSS
                         United States District Judge

Date: January 27, 2017

---

[1] The complaint names former Treasury Secretary Jacob J. Lew as a defendant in this case. Pursuant to Federal Rule of Civil Procedure 25(d), his successor, Acting Secretary Adam Szubin, is automatically substituted as the proper defendant to this action.